263 So.2d 907

**STATE of Louisiana**

v.

**Noel MURPHY.**

No. 52653.

July 19, 1972.

Writ refused. Considering the return of the trial judge the matter is now moot.

263 So.2d 907

**STATE of Louisiana ex rel. Jackie F. CRAVEN**

v.

**C. Murray HENDERSON, Warden, Louisiana State Penitentiary.**

No. 52638.

July 19, 1972.

BARHAM, J., concurs that the matter is moot—however the five month delay in ruling on an evidentiary hearing on habeas corpus writ application is unexplained and unexplainable.